FILED ___ ENTERED
LODGED ___ RECEIVED

APR 27 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

11-CV-01262-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA WALLACE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | Case No. C11-1262-JLR<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of ( Defendant's Objections (Dkt 14) and Plaintiff's Response (Dkt 15) ) the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

ORDER REMANDING CASE
PAGE - 1

1   (3)   The Clerk of the Court is directed to send copies of this Order to the parties and
2   to Judge Donohue.

3   DATED this 27th day of April, 2012.

JAMES L. ROBART
United States District Judge

ORDER REMANDING CASE
PAGE - 2